UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

    v.
                                    Case No.12-cr-167-01/02/03-SM

Thomas J. Dunn, Quentin Simon,
And Willie Ortiz,
    Defendants

O R D E R

Defendant Ortiz's Assented-to Motion to Continue the final pretrial conference and trial (document no. 24) is granted in part.  Trial has been rescheduled for the month of September 2013.  Defendant Ortiz shall file a waiver of speedy trial rights on June 17, 2013.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h((7)(A)and(B), in that failure to grant a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for August 29, 2013 at 11:00 a.m.

Jury selection will take place on September 4, 2013 at 9:30 a.m.

	SO ORDERED.

                                    _____
                                    Steven J. McAuliffe
                                    U.S. District Judge

June 7, 2013

cc:	Jonathan Saxe, Esq.
	Paul Garrity, Esq.
	Kevin E. Sharkey, Esq.
	Debra Walsh, AUSA
	U.S. Marshal
	U.S. Probation