UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
     Plaintiff

     v.                          Case No.12-cr-167-01/02/03-SM

Thomas J. Dunn, Quentin Simon,
and Willie Ortiz,
     Defendants

A M E N D E D   O R D E R

The Court has learned that Attorney Jonathan Saxe will not be available for trial during the week of September 4, 2013, due to sequestration and furlough constraints placed upon the Federal Public Defenders. The Court amends its order entered on June 7, 2013 as follows:

Defendant Ortiz's Assented-to Motion to Continue the final pretrial conference and trial (document no. 24) is granted in part and denied in part. Trial has been rescheduled for the month of August 2013. Defendant Ortiz shall file a waiver of speedy trial rights on or before June 17, 2013.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h((7)(A)and(B), in that failure to grant a continuance would unreasonably deny the defendants the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for August 1, 2013 at 1:30 p.m.

Jury selection will take place on August 20, 2013 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
U.S. District Judge

June 19, 2013

cc: Jonathan Saxe, Esq.
Paul Garrity, Esq.
Kevin E. Sharkey, Esq.
Debra Walsh, AUSA
U.S. Marshal
U.S. Probation